UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

JS-6

Priority ____
Send ____
Enter ____
Closed ____
JS-5/JS-6 ____
Scan Only ____

**CASE NO.:** <u>CV 08-03104 SJO (RCx)</u>   **DATE:** <u>September 18, 2008</u>

**TITLE:**   <u>Martin Schielke et al v. Aldo U.S. Inc. et al</u>

========================================================================
**PRESENT:** THE HONORABLE S. JAMES OTERO, UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| Victor Paul Cruz | Not Present |
| Courtroom Clerk | Court Reporter |

**COUNSEL PRESENT FOR PLAINTIFF(S):**   **COUNSEL PRESENT FOR DEFENDANT(S):**

Not Present                              Not Present

========================================================================
**PROCEEDINGS:** IN CHAMBERS

The Court is in receipt of parties' stipulation of dismissal without prejudice filed on 9/16/08 [14]. Accordingly, the Court orders this matter dismissed pursuant to said stipulation of dismissal.